| | |
|---|---|
| Edward J. Maney, Trustee<br>101 N. 1st Avenue, Suite 1775<br>Phoenix, AZ 85003<br>Telephone (602) 277-3776<br>Fax No. (602) 277-4103<br>ejm@maney13trustee.com | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVA L CRUZ<br><br>          Debtor(s) | In Proceedings Under Chapter 13<br><br>Case No. 2:20-bk-09596-EPB<br><br>TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON<br>CLAIM #: 006 |

      COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

      No:        006
      Name:    Wells Fargo Bank, N.A.
      Address:  P.O. Box 14487

                      Des Moines, IA 50306-
      Acct No:  4326

Upon the following grounds:

      The Trustee has been notified by the above referenced Creditor that this claim has been paid in full and/or satisfied. No further distribution of funds will be made on behalf of this creditor by the Trustee.

The Trustee recommends said claim be treated as follows:

      The remaining balance of the claim be disallowed in total.

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before November 14, 2024, (30 days from mailing) the creditor EITHER:

1. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

2. Timely files an amended proof of claim with the U.S. Bankruptcy Court and properly notices the Trustee.

Dated: See Electronic Signature

                              EDWARD J. MANEY
                              CHAPTER 13 TRUSTEE

                    By:_____
                        Edward J. Maney ABN 12256
                        Chapter 13 Trustee
                        101 North First Avenue, Suite 1775
                        Phoenix, AZ 85003
                        (602) 277-3776
                        ejm@maney13trustee.com

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING FOR CASE NO. 2:20-09596-EPB |
| 2 | |
| | Copies of the foregoing mailed on (see electronic signature) to the following: |
| 3 | |
| 4 | |
| | Attorney for Debtor(s): |
| 5 | Thomas Adams Mcavity |
| | Phoenix Fresh Start Bankruptcy Attorneys |
| 6 | 4131 Main Street |
| | Skokie, IL 60076-2780 |
| 7 | |
| 8 | Debtor(s): |
| | EVA L CRUZ |
| 9 | 10901 W PALM LANE |
| | AVONDALE, AZ. 85392 |
| 10 | |
| 11 | , |
| 12 | Creditor: |
| | Wells Fargo Bank, N.A. |
| 13 | P.O. Box 14487 |
| | Des Moines, IA 50306- |
| 14 | |
| 15 | Wells Fargo Bank NA |
| | PO Box 10438, MAC F8235-02F |
| 16 | Des Moines  IA  50306-0438 |
| 17 | |
| 18 | |
| 19 | |
| 20 | By:_____ |
| |     Trustee's Clerk |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |